Stimpson Computing Scale Co. *v.* Wm. P. Lashey & Son, Appellants.

Argued March 13, 1900. Appeal, No. 17, March T., 1900, by defendants, from judgment of C. P. Fulton Co., Jan. T., 1899, No. 33, in favor of plaintiff for want of a sufficient affidavit of defense. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Reversed. Opinion by BEAVER, J.

*W. Rush Gillan*, with him *W. Scott Alexander*, for appellants.

*Jno. P. Sipes*, with him *J. Nelson Sipes*, for appellees.

OPINION BY BEAVER, J., April 23, 1900:

This case was argued at the same time and upon the same paper-books as Stimpson Computing Scale Co. v. Schetrompf, 13 Pa. Superior Ct. 377, in which an opinion has just been filed. The facts are precisely the same and the question raised similar in all respects. What was said in that case applies to this, and for the reasons therein stated, the judgment of the court below is reversed and a procedendo awarded.